# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of July, two thousand and fourteen.

Before:     Ralph K. Winter,
            *Circuit Judge,*

_____

Gary Tsirelman, M.D.,

   Plaintiff - Appellant,

v.

Richard F. Daines, M.D., Commissioner of Health, State of New York Department of Health, Kendrick A. Sears, M.D., Chairman of the State Board for Professional Medical Conduct, State of New York Department ofHealth, and State Board for Professional Medical Conduct and their employees and agents,

   Defendants - Appellees.

_____

**ORDER**
Docket No. 14-2154

Appellant, through counsel, moves to remove the above-captioned appeal from the Expedited Appeals Calendar and have briefing proceed under Local Rule 31.2(a).

IT IS HEREBY ORDERED that the motion is GRANTED. Appellant's brief is due September 30, 2014.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

